**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

JAN 2 4 2020

January 21, 2020

SO ORDERED: 1/23/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. El Mokadem*, 19 Cr. 646 (AJN)

Dear Judge Nathan:

On Friday, a superseding indictment was docketed in the above-captioned case. This indictment adds an additional count of wire fraud in Count Five, charging the defendant with falsely representing that he had prepaid the balance of a business credit card in order to convince the card provider to extend him approximately $6 million in credit to which he was not entitled.

The Government respectfully requests that the Court schedule a conference at which the defendant can be arraigned on the new indictment. Because Count Five concerns conduct occurring in October 2019, while the defendant was on pretrial release in this case, the Government also intends to address the defendant's bail status at that time.

> An arraignment on Count Five of the superseding indictment is hereby scheduled for January 30 at 3 p.m.
> SO ORDERED.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345