UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Osama Ahmed Abdellatif El Mokadem,

              Defendant.

FEB 0 3 2020

19-cr-646 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated on the record at the conference on January 30, 2020, IT IS SO ORDERED that on or before February 10, 2020 the parties shall submit: (1) an agreed upon 1-2 paragraph description of the case to be read to potential jurors during Voir Dire; (2) any Voir Dire requests; and (3) any Requests to Charge. With respect to Requests to Charge, the parties shall indicate whether the request is made jointly and, if not, whether a party objects to a particular request. Any party objecting to a request shall indicate the legal basis for their objection.

    IT IS FURTHER ORDERED that any 404(b) motions and motions *in limine* be filed by February 10, 2020. Opposition papers, if any, shall be filed by February 13, 2020 and replies, if any, shall be filed by February 17, 2020.

    SO ORDERED.

Dated: January 31, 2020
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge