

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 12, 2020

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED: 2/12/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. El Mokadem*, 19 Cr. 646 (AJN)

Dear Judge Nathan:

On Friday, the defendant requested that the Court cancel its pending change-of-plea hearing and delay the pretrial submission schedule by one week, so the defendant could have additional time to consider a plea offer from the Government.

Defense counsel has now informed the Government that the defendant would like to schedule a new change-of-plea proceeding. Accordingly, the Government respectfully requests that the Court schedule such a proceeding. The parties are available at the Court's convenience tomorrow.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

> A change of plea is hereby scheduled for February 13, 2020 at 3 p.m.
> SO ORDERED.