USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2.13.2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :
                                 :    CONSENT PRELIMINARY
        - v. -                   :    ORDER OF FORFEITURE/
                                 :    MONEY JUDGMENT
OSAMA AHMED ABDELLATIF EL MOKADEM,
    a/k/a "Armin De Goorte,"     :    S1 19 Cr. 646 (AJN)

        Defendant.               :

- - - - - - - - - - - - - - - - - - x

WHEREAS, on or about January 16, 2020, OSAMA AHMED ABDELLATIF EL MOKADEM, a/k/a "Armin De Goorte," (the "defendant"), was charged in a five-count Superseding Indictment, S1 19 Cr. 646 (AJN) (the "Indictment"), with wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Counts One and Five); aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Two); bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2 (Counts Three and Four);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Five of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Five of the Indictment, including but not limited to a sum of money in United States

currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Five of the Indictment;

WHEREAS, the Indictment included a forfeiture allegation as to Counts Three and Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(A), of any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the offenses charged in Counts Three and Four of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Three and Four of the Indictment;

WHEREAS, on or about February \_\_\_, 2020, the defendant pled guilty to Counts One, Three, Four, and Five of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Counts One, Three, Four, and Five of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and 982(a)(2)(A), and Title 28, United States Code, Section 2461, a sum of money equal to $447,641.70 in United States currency, representing the amount of proceeds traceable to the

commission of the offenses charged in Counts One, Three, Four, and Five of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $447,641.70 in United States currency representing the amount of proceeds traceable to the offenses charged in in Counts One, Three, Four, and Five of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offenses charged in in Counts One, Three, Four, and Five of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Andrew A. Rohrbach of counsel, and the defendant, and his counsel, James Schiff, Esq., that:

1. As a result of the offenses charged in in Counts One, Three, Four, and Five of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $447,641.70 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in in Counts One, Three, Four, and Five of the Indictment

that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, OSAMA AHMED ABDELLATIF EL MOKADEM, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of

substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____  2/13/20
ANDREW A. ROHRBACH                   DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212)637-2345

OSAMA AHMED ABDELLATIF EL MOKADEM

By: _____  2/13/2020
OSAMA AHMED ABDELLATIF EL MOKADEM    DATE

By: _____  2/13/2020
JAMES SCHIFF, ESQ.                   DATE
Attorney for Defendant
The Law Offices of James A. Schiff Esq.
261 Madison Avenue, 12th Floor
New York, NY 10016

SO ORDERED:

_____  2/13/20
HONORABLE ALISON J. NATHAN       DATE
UNITED STATES DISTRICT JUDGE