USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-cr-646 (AJN)

ALISON J. NATHAN, District Judge:

By March 25, 2020, the parties shall meet and confer and submit a joint letter confirming that they are prepared to proceed with the April 1, 2020 sentencing as scheduled. If they wish to adjourn the sentencing to a future date, they shall provide proposed dates.

SO ORDERED.

Dated: March 20, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge