```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-cr-646 (AJN)

ALISON J. NATHAN, District Judge:

The Court grants Defense counsel's request to file his March 24, 2020 letter with redactions. It will maintain the unredacted March 24 letter under seal.

SO ORDERED.

Dated: April __3__, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge