USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-cr-646 (AJN)

ALISON J. NATHAN, District Judge:

On April 1, 2020, the Government filed a letter indicating that Defendant is unwilling to waive his physical presence at the sentencing scheduled for April 8, 2020. Dkt. No. 40 at 1. Based on the most recently available information from the United States Marshal Service and the Bureau of Prisons, it is unlikely that Defendant can be physically produced, either for an in-person sentencing or for participation in a telephonic sentencing, on April 8, 2020. In light of the foregoing, Defendant's sentencing is hereby adjourned to June 10, 2020 at 1 p.m.

SO ORDERED.

Dated: April __3__, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge