USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>Osama Ahmed Abdellatif El Mokadem,<br><br>Defendant. | 19-cr-646 (AJN) |

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's emergency motion for reconsideration of bail. Dkt. No. 48. The Government shall respond to this motion by June 17, 2020, and Defendant's reply, if any, shall be filed by June 19, 2020.

SO ORDERED.

Dated: June 15, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge