Case 1:19-cr-00646-AJN   Document 57   Filed 07/24/20   Page

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-cr-646 (AJN)

ALISON J. NATHAN, District Judge:

In light of the COVID-19 public health crisis, the sentencing in the above-captioned matter currently scheduled for August 31, 2020 cannot be conducted in person. Within one week of this Order, the parties shall submit a joint letter notifying the Court whether they prefer to proceed remotely or adjourn to a later date when an in-person proceeding may be feasible.

SO ORDERED.

Dated: July __24__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge