UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/20

---

United States of America,

—v—

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-cr-646 (AJN)

---

ALISON J. NATHAN, District Judge:

Sentencing in this matter is scheduled to occur on October 30, 2020 at 10 a.m.  Dkt. No. 63.  The sentencing will occur in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  Members of the public may listen to the proceeding by calling (888) 363-4749 and entering the access code 9196964#.  The parties should consult the Courts Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/judge/Nathan) for sentencing-related procedures and practices.  By October 26, 2020, the parties should submit a joint letter identifying all counsel who will participate in the proceeding and providing an estimate of the number of other people who will be in attendance.

Attached to this order is the link for use by the attorneys, the Defendant, and members of the public in order to fast track entrance into the building on the day of the sentencing.

SO ORDERED.

Dated: October 23, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.