UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/20

United States of America,

–v–

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-CR-646 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Defendant Osama Ahmed Abdellatif El Mokadem is currently scheduled to be sentenced on December 3, 2020 at 10 a.m.  In light of the COVID-19 pandemic, the Court will not be conducting any in-person proceedings until 2021.  By November 25, 2020, defense counsel shall notify the Court whether Defendant consents to proceeding remotely.  If he consents to be sentenced at a videoconference proceeding, the Defendant shall complete and submit the written consent form attached to this Order.  Defense counsel may sign on Defendant's behalf if authorized by Defendant to do so.  If Defendant does not consent to be sentenced at a videoconference proceeding, the Court will adjourn the sentencing to 2021.

      SO ORDERED.

Dated: November 20, 2020
       New York, New York

                                       ALISON J. NATHAN
                                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                 -v-

OSAMA AHMED ABDELLATIF EL MOKADEM,
                    Defendant.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

19-CR-646 (AJN)

**Check Proceeding that Applies**

_____    Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:    _____          _____
           Print Name                                                                    Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:    _____          _____
           Print Name                                                                    Signature of Defense Counsel

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.


Date:              _____
                              Signature of Defense Counsel



**Accepted:**       _____
                              Signature of Judge
                              Date:

2