UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

United States of America,

–v–

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-CR-646 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

   Sentencing in this matter is hereby adjourned to January 28, 2021 at 10 a.m.  The sentencing will occur in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  Members of the public will be able to listen to the proceeding by calling (888) 363-4749 and entering the access code 919-6964#.  The parties should consult the Court's Individual Rules and Practices for Criminal Cases for sentencing-related procedures and practices.

   SO ORDERED.

Dated: December 11, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge