UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-CR-646 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the COVID-19 public health crisis, there are significant safety issues related to in-court proceedings. Defendant has indicated that he does not consent to proceeding remotely for sentencing. *See, e.g.*, Dkt. No. 70. By no later than February 19, 2021, the parties shall meet and confer and submit a joint letter addressing the following two issues:

1) If the Defendant continues to wish to be sentenced in person, do the parties prefer to proceed on March 1, 2021, or does either side wish to adjourn to a later date?

2) If the Defendant wishes to be sentenced in person, please identify all counsel who will participate in the proceeding and provide an estimate of the number of other people, if any, who will be in attendance. Space in the Courtroom will be limited due to social distancing, but live audio of the proceeding will be available to all members of the public.

SO ORDERED.

Dated: February 16, 2021
New York, New York

ALISON J. NATHAN
United States District Judge