UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/21

United States of America,

–v–

Osama Ahmed Abdellatif El Mokadem,

Defendant.

19-cr-646 (AJN)

ALISON J. NATHAN, District Judge:

On May 11, 2021, the Defendant submitted a letter by email requesting an adjournment of his surrender date until September 1, 2021. The letter noted that the Government does not object to the request. The request to adjourn the surrender date to September 1, 2021 is GRANTED.

Per this Court's Individual Rules, all communications with the Court must be filed on ECF unless there is a request to seal. By May 14, 2021, defense counsel must either request and justify sealing the May 11, 2021 letter or file the letter on the public docket.

SO ORDERED.

Dated: May 12, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge