# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 21, 2021

**By ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/21

Re: *United States v. Osama Ahmed Abdellatif El Mokadem, a/k/a Armin De Goorte*, 19 Cr. 646 (AJN)

Dear Judge Nathan:

Pursuant to the Court's September 20, 2021 order appointing Federal Defenders of New York, Inc. in the above-captioned matter, ECF No. 92, I am assuming representation of Armin De Goorte, also known as Osama Ahmed Abdellatif El Mokadem.

With the consent of the Government, I now write to request a two-month adjournment of Mr. De Goorte's October 1, 2021 surrender date. An adjournment is necessary to allow me time to acquaint myself with Mr. De Goorte's case and communicate with him as I explore the issues raised in his September 15, 2021 letter to the Court. ECF No. 92 at 2. Mr. De Goorte has been designated to serve his sentence more than 800 miles from New York, at a correctional institution operated by a private prison corporation. In addition, Mr. De Goorte is not a native English speaker and may require the assistance of an Arabic language interpreter. As a result, I anticipate that it will be difficult for me to communicate with him if he is ordered to report before we have had the opportunity to discuss the issues raised in his recent letter. I have already spoken with the Government about obtaining the discovery in this case so that I can begin my review as soon as possible.

As noted, the Government consents to this request. Thank you for considering it.

SO ORDERED.

*[signature: Alison J. Nathan]*

9/22/21

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

cc: Andrew Rohrbach, Assistant U.S. Attorney