**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York
Jennifer L. Brown
Attorney-in-Charge*

November 11, 2021

**By ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *United States v. Osama Ahmed Abdellatif El Mokadem, a/k/a Armin De Goorte*, 19 Cr. 646 (AJN)

Dear Judge Nathan:

    I write on behalf of Armin de Goorte, also known as Osama Ahmed Abdellatif El Mokadem, to request a temporary modification of his bail conditions. Mr. de Goorte is currently on home incarceration, pending his December 1, 2021 voluntary surrender to the Bureau of Prisons. He is seeking permission to leave home on Wednesday, November 17, 2021 to attend an interview at the New York City Field Office of U.S. Citizenship and Immigration Services (USCIS) at 26 Federal Plaza. Following that interview, I would like Mr. de Goorte to meet with me in my office at 52 Duane Street, across the street from USCIS.

    To account for travel time and an anticipated wait at USCIS, I respectfully request permission for Mr. de Goorte be away from home from 7:45 a.m. to 6 p.m. on November 17, 2021. Neither the Government nor Pretrial Services has any objection to this request. Thank you for considering it.

SO ORDERED.

*Alison J. Nathan*
11/11/21

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

cc: Andrew Rohrbach, Assistant U.S. Attorney
     Courtney de Feo, U.S. Pretrial Services Officer