**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 26, 2022

**By ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2022

Re: *United States v. Osama Ahmed Abdellatif El Mokadem, a/k/a Armin De Goorte*, 19 Cr. 646 (AJN)

Dear Judge Nathan:

I write on behalf of Armin De Goorte to request a two-week extension of the current briefing schedule for Mr. De Goorte's 28 U.S.C. § 2255 motion and of his voluntary surrender date. The Government has no objection to this request. This is the first request by any party to extend the briefing schedule for this motion. With a two-week extension, the new schedule would be as follows:

- Defendant/Petitioner's motion due Monday, February 14, 2022
- Government's opposition due Monday, March 14, 2022
- Defendant/Petitioner's reply, if needed, due Monday, March 28, 2022
- Defendant to surrender on April 15, 2022

Thank you for your consideration of this request.

SO ORDERED.

*[signature]*
1/27/2022

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

cc: Andrew Rohrbach, Assistant U.S. Attorney
    Courtney DeFeo, U.S. Pretrial Services Officer