# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 23, 2022

**By ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

      Re: *United States v. Osama Ahmed Abdellatif El Mokadem, a/k/a Armin De Goorte*, 19 Cr. 646 (AJN)

Dear Judge Nathan:

SO ORDERED.

    I write on behalf of Armin De Goorte, without objection from the Government, to seek a 60-day adjournment of his voluntary surrender date, currently set as April 1, 2022. As the Court is aware, the parties are currently litigating Mr. De Goorte's motion to vacate his judgment under 28 U.S.C. § 2255. Mr. De Goorte filed his motion on February 14, 2022, the Government filed its opposition on March 14, 2022, and Mr. De Goorte's reply is due on March 28, 2022. Mr. De Goorte makes this request for an adjournment of his surrender date with the goal of participating in any court proceedings that stem from his motion. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

*[signature]* Alison J. Nathan
3/23/2022

cc:   Andrew Rohrbach, Assistant U.S. Attorney
       Courtney DeFeo, U.S. Pretrial Services Officer