**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/22

March 28, 2022

**By ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Consistent with this memo endorsement, the unredacted copy of Mr. De Goorte's reply filed at Dkt. No. 116 is ORDERED to be maintained under seal.
> SO ORDERED.
> *[signature]*
> 3/29/22

Re: *United States v. Osama Ahmed Abdellatif El Mokadem, a/k/a Armin De Goorte*, 19 Cr. 646 (AJN)

Dear Judge Nathan:

SO ORDERED.

I write without objection from the Government to seek leave to redact, from the publicly filed version of Mr. De Goorte's reply memorandum of law in support of his 28 U.S.C. § 2255 motion, a limited amount of information that I believe might harm him if publicly disclosed. In keeping with the Court's individual rules, I shall file a redacted version of the motion on ECF and provide the Court and opposing counsel with an unredacted copy, as well as a copy that highlights my proposed redactions. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

cc: Andrew Rohrbach, Assistant U.S. Attorney