USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Armin de Goorte f/k/a/ Osama Ahmed Abdellatif El Modakem,

        Petitioner,

—v—

United States of America,

        Respondent.

22-cv-1303 (AJN)
19-cr-646 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Government is ordered to submit a proposed order and waiver of Petitioner's attorney-client privilege.

SO ORDERED.

Dated: May 4, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation