```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
:
UNITED STATES OF AMERICA                                     :
:
:                      19-cr-0646 (LJL)
       -v-                                                   :
:                           ORDER
:
ABDELLATIF EL MOKADEM,                                       :
:
                    Defendant.                               :
:
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The defendant requests that his surrender date be adjourned so that he can participate in a hearing on his Section 2255 motion scheduled for September 13, 2022. Before this case was reassigned to me, Judge Nathan previously granted such a request. Dkt. No. 80. Accordingly, the request is GRANTED, and the surrender date is adjourned to September 20, 2022.

      SO ORDERED.

Dated: May 18, 2022
       New York, New York                          _____
                                                                LEWIS J. LIMAN
                                                       United States District Judge