UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
            -v-                                                 :            19-CR-646 (LJL)
                                                                :
ABDELLATIF EL MOKADEM,                                          :            ORDER
aka ARMIN DE GOORTE                                             :
                                                                :
                           Defendant.                           :
                                                                :
----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court held an Evidentiary hearing in this matter on September 15, 2022.  At the conclusion

of the hearing, defense counsel made an application for an extension to the defendant's surrender date

currently set for September 20, 2022.  The Court granted the request and the defendant's surrender date

was adjourned to September 27, 2022.  The defendant is ordered to surrender by 2:00PM on September

27, 2022 to the facility designated by the B.O.P.


        SO ORDERED.

Dated: September 16, 2022
       New York, New York            _____
                                           LEWIS J. LIMAN
                                        United States District Judge