# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry  D. Leiwant
*Interim  Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
Jennifer  L. Brown
*Attorney-in-Charge*

December 29, 2023

**By ECF and Email**

MEMO ENDORSEMENT.
The Court directs the US Attorney to inquire
into Mr. Mokadem's medical treatment.

1/2/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Abdellatif El Mokadem, 19 Cr. 646 (LJL)**

Dear Judge Liman:

I write to respectfully request the Court's endorsement of the attached proposed order directing the Brooklyn Metropolitan Detention Center (MDC) to provide Osama Abdellatif El Mokadem a/k/a Armin De Goorte a/k/a Osama Ahmed El Mokadem with urgent medical attention and medication.  Mr. De Goorte is held at the MDC under the name Osama Ahmed El Mokadem and the Register Number 87075-054.

Last week, our office learned that Mr. De Goorte had been held in the SHU for about two weeks (now three) because he was the victim of an assault.  Since entering the SHU, he has not received his omeprazole, a prescription medication he needs for an H. Pylori infection that he contracted within the facility.  During a visit last week, we found Mr. De Goorte in great discomfort, suffering from serious and unpleasant side effects of his untreated infection.  We understand that he has filed "cop-outs," or requests for medical attention, at every opportunity to no effect.  As of Wednesday, he had yet to receive a medical exam.  Last Friday, our office directly contacted the MDC legal department to request that Mr. De Goorte receive immediate medical attention and his medication.  We have yet to receive any reply.[1]

---

[1] Unfortunately, Mr. De Goorte is not the only MDC prisoner who has been placed in the SHU and denied medical care for a serious infection in recent weeks.  *See United States v. James Young*, 23 Cr. 475 (DLI) (E.D.N.Y.) (holding a show cause hearing as to why the MDC should not be held in contempt for its failure to treat an inmate's MRSA infection while holding him in the SHU).

Accordingly, we respectfully request that the Court endorse the attached order directing the MDC to provide Mr. De Goorte with appropriate care and treatment.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Ariel Werner
Isaac Wheeler
Assistant Federal Defenders
(212) 417-8770
Ariel_Werner@fd.org

CC:    Brandon Thompson, AUSA